UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DORNNEL LOCKE, JOSE NIEVES, ELVIN GONZALEZ, JAMAL WEBBER, and DIENUS LESPORIS <br> Plaintiff, | : : : : : : | CIVIL ACTION NO: 3:23-cv-01237(RNC) |
| v. | : : | |
| WAYNE J. GRIFFIN ELECTRIC, INC., RC ANDERSEN, LLC, and AMAZON.COM, INC. d/b/a AMAZON <br> Defendants. | : : : : : | JULY 9, 2026 |

## **DEFENDANT WAYNE J. GRIFFIN ELECTRIC, INC.'S MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7 of this Court, Defendant Wayne J. Griffin Electric, Inc. ("Griffin Electric") respectfully requests a sixty (60) day extension of the deadline for Griffin Electric to disclose expert witnesses and for those expert witnesses to be deposed. In support of this motion, Griffin Electric states as follows:

1. On February 9, 2026, the Court entered an Amended Scheduling Order, which includes the following deadlines. (ECF No. 130.)

- Discovery Deadline: November 3, 2026
- Deadline for Defendants to Designate Trial Experts and Disclose Reports from Retained Experts: August 14, 2026
- Depositions of Any Such Experts to Be Completed By: September 18, 2026.

2. Griffin Electric requires an extension of the deadlines to designate expert witnesses and for those experts to be deposed, as Griffin Electric has been unable to determine whether an expert witness is necessary concerning Plaintiff's mental health treatment and alleged emotional distress damages, as Griffin Electric is still awaiting full records from Plaintiffs' providers despite diligent efforts to obtain same.

3.  Thus, Griffin Electric respectfully requests a sixty-day extension of these deadlines, as set forth in the chart below.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for Defendants to Designate Trial Experts and Disclose Reports from Retained Experts | August 14, 2026 | October 13, 2026 |
| Depositions of Any Such Experts to Be Completed By | September 18, 2026 | November 17, 2026 |

4.  Griffin Electric does not currently anticipate disclosing an expert witness on liability, thus, Griffin Electric does not believe that the requested extension necessitates an extension of any other deadlines in the case.

5.  Plaintiffs' counsel and counsel for Defendant RC Andersen, LLC consent to the requested extension.

6.  This motion has been filed more than three days before the deadlines sought to be extended.

7.  This is the first motion to extend the expert discovery deadlines in this matter.

**WHEREFORE**, Griffin Electric respectfully move for a sixty-day extension of time to disclose expert witnesses and for those expert witnesses to be deposed, up to and including October 13, 2026 and November 17, 2026, respectively.

**DEFENDANT,**
**WAYNE J. GRIFFIN ELECTRIC, INC.**

By:*/s/ John P. Shea*
 John P. Shea (ct17433)
 John.Shea@jacksonlewis.com
 Jackson Lewis P.C.
 90 State House Square, 8th Floor
 Hartford, CT 06103
 P: (860) 522-0404
 F: (860) 247-1330

 Jessica L. Chamberlin (ct30942)
 Jessica.Chamberlin@jacksonlewis.com
 Jackson Lewis P.C.
 3737 Glenwood Avenue
 Suite 450
 Raleigh, NC 27612
 P: (860) 331-1564

3

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on July 9, 2026 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

*/s/ Jessica L. Chamberlin*
Jessica L. Chamberlin